DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BARNES v. BARNES

No. 40 PC.

Case below: 30 N.C. App. 196.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

BLACK v. BLACK

No. 45 PC.

Case below: 30 N.C. App. 403.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976. Appeal dismissed ex mero motu for lack of substantial constitutional question 5 October 1976.

CANNADY v. WILDLIFE RESOURCES COMM.

No. 33 PC.

Case below: 30 N.C. App. 247.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976. Appeal dismissed ex mero motu for lack of substantial constitutional question 5 October 1976.

CHANCE v. JACKSON

No. 46 PC.

Case below: 30 N.C. App. 405.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 October 1976.

CROSS v. BECKWITH

No. 38 PC.

Case below: 30 N.C. App. 259.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 October 1976.